C&L PROCESSORS PARTNERSHIP, CONOCO, INC., TAX MATTERS PARTNER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
C&L Processors v. Commissioner
12135-98
United States Tax Court
1999 U.S. Tax Ct. LEXIS 63; June 3, 1999, Entered *63 Counsel for Petitioner: DENNIS P. BEDELL, MILLER & CHEVALIER, CHARTERED, Washington, D.C.
Special Trial Attorney: ROBERT M. MORRISON, Dallas, Texas. Cohen, Chief Judge. COHEN
DECISION
Pursuant to Rule 248(a) of the Tax Court Rules of Practice and Procedure, it is
ORDERED and DECIDED: That the following shows the adjustments to the partnership items of the C&L Processors Partnership for the taxable year ending December 31, 1992:
Partnership Item
As Reported
As Determined
Depreciation
$ 9,902,306.00
$ 9,902,306.00
Operating Expenses
6,437,935.00
6,354,153.00
Depreciation -
Capitalized expenses:
-0-
7,395.00
AMT - Depreciation Adj.
6,026,834.00
6,030,139.00
ACE - Depreciation Adj.
1,207,055.00
1,207,717.00
* * * * * It is stipulated that the Court may enter the foregoing decision pursuant to Tax Court Rule 248(a).
It is further stipulated that Conoco, Inc. is the Tax Matters Partner for C&L Processors Partnership. It is further stipulated that the undersigned Tax Matters Partner of C&L Processors Partnership for the taxable year ending December 31, 1992, by executing this stipulation, *64 consents to the entry of the foregoing decision in this case and certifies that no party objects.
CONOCO INC.,
RICHARD A. SHERRY
General Manager,
Tax and Chief Tax Officer
Date: 5/27/99
STUART L. BROWN
Chief Counsel
Internal Revenue Service